THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| HARAM CORPORATION, a Washington for profit Corporation, d/b/a DREXEL DELI & GROCERY, *et al*., | CASE NO. C18-1651-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay this case in light of the lapse of appropriations (Dkt. No. 10). Finding good cause, the Court GRANTS the motion. All pending deadlines in this case are hereby STAYED and all current deadlines are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is ORDERED to notify the Court once appropriations have been restored.

DATED this 24th day of January 2019.

//

//

//

MINUTE ORDER
C18-1651-JCC
PAGE - 1

1　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court
2
　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
3　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C18-1651-JCC
PAGE - 2