District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARAM CORPORATION, a Washington for profit Corporation, d/b/a DREXEL DELI & GROCERY,
NAI KYU LEE, an Individual,
MYUNG H. LEE, an Individual, and
MYUNG HEE LEE, an Individual,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  2:18-cv-01651-JCC

**STIPULATED MOTION TO STAY DISCOVERY AND EXTEND DEADLINES**

**Noted for Consideration:
November 27, 2019**

Plaintiffs, HARAM CORPORATION, a Washington for profit Corporation, d/b/a DREXEL DELI & GROCERY, NAI KYU LEE, an Individual, MYUNG H. LEE, an Individual, and MYUNG HEE LEE, an Individual, and Defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby move the Court to stay discovery and extend all remaining deadlines by forty-five (45) days to allow the parties to continue to explore settlement.

CASE HISTORY AND BACKGROUND

1.      Plaintiffs filed a Judicial Appeal of the Defendant's permanent disqualification of the Plaintiffs from the Supplemental Nutrition Assistance Program pursuant to 7 U.S.C. § 2023. Plaintiffs were disqualified upon allegations of trafficking by the Defendant.

2.      With respect to these proceedings, on March 12, 2019, a status conference was held, and a Minute Entry regarding the Status Conference was entered.  The Court set a trial date of December 16, 2019, and a discovery cutoff date 120 days before trial, August 16, 2019 (*See* Docket

STIPULATED MOTION
Case No. C18-1651-JCC - 1

METROPOLITAN LAW GROUP, PLLC
1971 W. LUMSDEN ROAD, #326
BRANDON, FLORIDA 33511-8820
TELEPHONE: (813) 228-0658

16).

3.     On June 20, 2019 the Court entered a Minute Order on the parties' stipulated motion to extend discovery and all remaining deadlines and to continue the trial date.  Pursuant to that Minute Order, trial in this matter is currently set for March 30, 2020, and the discovery cutoff is 120 days before trial, December 1, 2019 (*See* Docket 20).

**INTERVENING CIRCUMSTANCES AND JOINT MOTION TO**
**STAY DISCOVERY AND EXTEND DEADLINES BY FORTY-FIVE DAYS**

4.     Since the entry of the Court's June 20, 2019 Minute Order, the parties have been conducting discovery, taking depositions, and working together to comply with the Court's deadlines.

5.     The parties are currently engaged in settlement negotiations, and wish to continue exploring a possible settlement and resolution of this case.

6.     The parties believe that it would be beneficial to their efforts to reach a resolution, and to avoid and reduce unnecessary or redundant costs, to extend the deadlines identified in the Court's June 20, 2019 Minute Order by forty-five (45) days to allow for a shift in focus from discovery to settlement.

**WHEREFORE**, for the reasons set forth above, the parties respectfully request that this Court enter an order extending the discovery deadline and all remaining deadlines by forty-five (45) days.

Respectfully submitted,

Dated: November 27, 2019

By:*/s/ Andrew Z. Tapp*
Andrew Z. Tapp (FBN 68002)
*Pro Hac Vice*
METROPOLITAN LAW GROUP, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone:  (813) 228-0658
Email:  andrew@metropolitan.legal

STIPULATED MOTION
Case No. C18-1651-JCC - 2

METROPOLITAN LAW GROUP, PLLC
1971 W. LUMSDEN ROAD, #326
BRANDON, FLORIDA 33511-8820
TELEPHONE: (813) 228-0658

1

and

2

By:/s/ Stephen Pratt Hokanson
Stephen Pratt Hokanson, Esq. (WSBA 48519)

3

CHAE LAW FIRM, P.S.
15 S. Grady Way, Ste. 410

4

Renton, Washington 98057
Telephone:  (425) 260-3136

5

Email: pratt@chaelawfirmps.com

6

7

COUNSEL FOR PLAINTIFFS, HARAM CORPORATION D/B/A
DREXEL DELI & GROCERY, NAI KYU LEE, AN INDIVIDUAL,
MYUNG H. LEE, AN INDIVIDUAL, AND MYUNG HEE LEE,

8

AN INDIVIDUAL

9

BRIAN T. MORAN

10

United States Attorney

11

Dated:  November 27, 2019

By: s/ Ashley C. Burns

12

ASHLEY C. BURNS, NY Bar #5186382
Assistant United States Attorney

13

700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

14

Telephone:  (206) 553-7970
Email:  Ashley.burns@usdoj.gov

15

16

COUNSEL FOR DEFENDANT
UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION
Case No. C18-1651-JCC - 3

1

2          PURSUANT TO STIPULATED MOTION, IT IS SO ORDERED

3          IT IS FURTHER ORDERED that the discovery deadline and all remaining deadlines shall

4    be extended by forty-five (45) days, and that the March 30, 2020 trial date shall be continued to a

5    later date to be determined by the Court.

6    DATED: November ___, 2019

7

8                                          _____
                                           JOHN C. COUGHENOUR
9                                          United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATED MOTION
     Case No. C18-1651-JCC - 4