THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARAM CORPORATION, a Washington for profit Corporation, d/b/a DREXEL DELI & GROCERY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C18-1651-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay discovery and extend deadlines (Dkt. No. 24). Trial in this matter is currently scheduled for March 30, 2020, and the discovery cutoff passed on December 1, 2019. (*See* Dkt. No. 20.) The parties are presently engaged in settlement negotiations and jointly request an extension of relevant deadlines to facilitate their discussions. Having reviewed the stipulated motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. The trial date is CONTINUED from March 30, 2020 to June 22, 2020 at 9:30 a.m.;
2. The proposed pretrial order shall be filed no later than June 8, 2020;
3. Pleading amendments or third-party actions shall be filed no later February 3, 2020;

MINUTE ORDER
C18-1651-JCC
PAGE - 1

4.  Trial briefs shall be filed no later than June 14, 2020;

5.  The discovery cutoff is 120 days before trial; and

6.  The dispositive motions filing deadline is 90 days before trial.

DATED this 2nd day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1651-JCC
PAGE - 2