1

District Judge John C. Coughenour

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

HARAM CORPORATION, a Washington
for profit Corporation, d/b/a DREXEL
DELI & GROCERY,
NAI KYU LEE, an Individual,
MYUNG H. LEE, an Individual, and
MYUNG HEE LEE, an Individual,

Case No.  2:18-cv-01651-JCC

6

7

8

**JOINT STIPULATION OF
VOLUNTARY DISMISSAL**

9

Plaintiffs,

10

v.

11

UNITED STATES OF AMERICA,

12

Defendant.

13

14

15

        Plaintiffs, HARAM CORPORATION, a Washington for profit Corporation, d/b/a

16

DREXEL DELI & GROCERY, NAI KYU LEE, an Individual, MYUNG H. LEE, an Individual,

17

and MYUNG HEE LEE, an Individual, and Defendant, the UNITED STATES OF AMERICA, by

18

and through their respective counsel of record, hereby stipulate and agree that the above-captioned

19

action is voluntarily dismissed, with prejudice,  pursuant to Federal Rule of Civil Procedure

20

41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

21

22

[Signature Page Follows]

23

24

25

26

27

28

JOINT STIPULATION OF
VOLUNTARY DISMISSAL Case No. C18-1651-JCC - 1

METROPOLITAN LAW GROUP, PLLC
1971 W. LUMSDEN ROAD, #326
BRANDON, FLORIDA 33511-8820
TELEPHONE:  (813) 228-0658

**HARAM CORPORATION D/B/A
DREXEL DELI & GROCERY, NAI KYU LEE, AN INDIVIDUAL,
MYUNG H. LEE, AN INDIVIDUAL, AND MYUNG HEE LEE,
AN INDIVIDUAL**

Dated: February 27, 2020      By:/s/ *Andrew Z. Tapp*
                              Andrew Z. Tapp (FBN 68002)
                              *Pro Hac Vice*
                              METROPOLITAN LAW GROUP, PLLC
                              1971 W. Lumsden Road, #326
                              Brandon, Florida 33511-8820
                              Telephone:  (813) 228-0658
                              Email:  andrew@metropolitan.legal

                              and

                              By:/s/ *Stephen Pratt Hokanson*
                              Stephen Pratt Hokanson, Esq. (WSBA 48519)
                              CHAE LAW FIRM, P.S.
                              15 S. Grady Way, Ste. 410
                              Renton, Washington 98057
                              Telephone:  (425) 260-3136
                              Email: pratt@chaelawfirmps.com

                              **COUNSEL FOR PLAINTIFFS**

                              **UNITED STATES OF AMERICA**


                              BRIAN T. MORAN
                              United States Attorney

Dated:  February 27, 2020     By:/s/ *Ashley C. Burns*
                              ASHLEY C. BURNS, NY Bar #5186382
                              Assistant United States Attorney
                              700 Stewart Street, Suite 5220
                              Seattle, WA 98101-1271
                              Telephone:  (206) 553-7970
                              Email:  Ashley.burns@usdoj.gov

                              **COUNSEL FOR DEFENDANT**

JOINT STIPULATION OF
VOLUNTARY DISMISSAL Case No. C18-1651-JCC - 2